UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60431-LEIBOWITZ/AUGUSTIN-BIRCH

**YOLANDA GASKIN,**

    *Plaintiff*,

v.

**HEALTHTUST WORKFORCE SOLUTIONS**,

    *Defendant*.

_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion") [ECF No. 36], filed on October 4, 2024.  Plaintiff seeks leave to file an amended complaint to correct an error and remove Counts XI and XII from the Complaint. [ECF No. 36 at 1].  Rule 15 of the Federal Rules of Civil Procedure allows amendment of a pleading "only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Here, Defendant does not oppose Plaintiff's requested relief.  Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 36**] is **GRANTED.**  Plaintiff may file a First Amended Complaint **no later than Friday, October 18, 2024.**

**DONE AND ORDERED** in the Southern District of Florida on October 10, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record